RECEIVED
MAR 3 0 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 03-50033-03 |
| VERSUS | JUDGE DONALD E. WALTER |
| REGAN GATTI | MAGISTRATE JUDGE HORNSBY |

### ORDER

Before this Court is a Motion for Mick Mickelsen to Appear Pro Hac Vice [doc. #315], a Motion to Withdraw Motion to Vacate under 28 U.S.C. § 2255 [doc. #322], and a Motion to Amend 28 U.S.C. §2255 [doc. #323], filed by and on behalf of defendant.

**IT IS HEREBY ORDERED** that:

Defendant's Motion for Mick Mickelsen to Appear Pro Hac Vice [doc. #315] is **GRANTED**;

Defendant's Motion to Withdraw Motion to Vacate under 28 U.S.C. §2255 [doc. #322] is **GRANTED** and defendant's Motion to Vacate under 28 U.S.C. §2255 [doc. #319] is **WITHDRAWN**;

Defendant's Motion to Amend 28 U.S.C. §2255 [doc. #323] is **GRANTED**. **IT IS FURTHER ORDERED** that petitioner must file his amended §2255 petition on or before **June 15, 2006.**

This Court's March 8, 2006 order [doc. #314] was in error and is **RECALLED**. Because defendant's Motion to Amend 28 U.S.C. §2255 [doc. #323] was granted, defendant's Motion for Stay to File Motion for Time Extension and defendant's Motions for Extension of Time to File §2255 [doc. #s 311, 312, & 313] are **MOOT**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 29 day of March, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE