UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES | CRIMINAL NO. 03-50033-03 |
| VERSUS | JUDGE WALTER |
| REGAN GATTI | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Gatti has filed a Motion to Vacate (Doc. 318) under 28 U.S.C. § 2255. Judge Walter recently dismissed all claims in the federal petition except some claims of ineffective assistance of counsel. Those claims were referred to the undersigned for further proceedings, including an evidentiary hearing.

Attorney **Douglas L. Harville** is hereby appointed, pursuant to 18 U.S.C. § 3006A and Rule 8(c) of the Rules Governing Section 2255 cases, to represent Gatti with respect to the remaining claims in these district court proceedings. A status conference with both counsel will be held in the chambers of the undersigned on **Wednesday, October 22, 2008** at **3:00 p.m.** to discuss any needed discovery, a date for a hearing, and related matters. If counsel have a conflict with the date, they may contact the court to inquire about rescheduling.

Because Judge Walter has directed by separate order that a hearing be held on some claims and that the other claims are denied, Gatti's **Motion for Evidentiary Hearing (Doc. 352)** is **denied as moot**.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 7th day of October, 2008.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE