RECEIVED

MAR 1 8 2010
KK
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 03-cr-50033(3) |
| VERSUS | JUDGE WALTER |
| REGAN GATTI | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's **Motion to Vacate (Doc. 318)** is **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _18_ day of _March_, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE